# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-111-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| MARGARET LOU MORSETTE, | |
| Defendant. | |

Defendant has moved for an early termination of her supervised release. The Government does not oppose the motion. (Doc. 119 at 2). The Court conducted a hearing on the motion on July 27, 2017.

Defendant pleaded guilty to Conspiracy to Distribute Methamphetamine with Intent to Distribute on December 28, 2006. Defendant was sentenced to 108 months of custody followed by five years of supervised release. (Doc. 73). Defendant began supervised release in February 2014.

The record reflects that Defendant has complied with her supervised release conditions. (Doc. 120 at 2). Defendant is the primary care giver for her daughter who is on dialysis and blind. *Id.* The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 119) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 27th day of July, 2017.

_____
Brian Morris
United States District Court Judge